

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/28/2023
```

<u>VIA ECF</u>
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

April 27, 2023

    Re:    *Case 1:23-cv-01722-AT Toro v. Cake Art, Inc.*
             <u>Request for Extension of Scheduling Order</u>

Dear Judge Torres:

    Plaintiff submits this letter-motion to seek an extension of time to submit a joint letter and case management plan, as directed by the Scheduling Order dated March 3, 2023 (Dkt. No. 5). The current deadline for the submissions is May 1, 2023, and Counsel is requesting a thirty0day extension up to and until June 1, 2023. Plaintiff's Counsel will be traveling out of the country and generally without internet access for the next few days through next week, and will be unable to review and upload these documents. This is the first time this relief is being requested, and defense counsel has graciously consented to the request.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Ian E. Smith, Esq.

GRANTED.

SO ORDERED.

Dated: April 28, 2023
       New York, New York

ANALISA TORRES
United States District Judge