UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Cake Art, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2023_

23 Civ. 1722 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 3, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by May 1, 2023. ECF No. 5. On April 28, 2023, the Court granted Plaintiff's request for an extension to submit those documents by June 1, 2023. ECF No. 14. Those submissions are now overdue. Accordingly, by **June 30, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge