UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>Cake Art, Inc.,<br><br>        Defendant. | 23-CV-1722 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that the Case Management Conference schedule for **November 14, 2023 at 11:40 a.m.** is hereby rescheduled for **November 14, 2023 at 12:00 p.m. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:  July 24, 2023
     New York, New York

                       SO ORDERED.

                       *Jessica Clarke*

                       JESSICA G. L. CLARKE
                       United States District Judge